

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2014

No. 04-14-00198-CR

Jorge Alvarez **GOMEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 362070
Honorable Wayne A. Christian, Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Reply Brief is hereby GRANTED. The Appellant's reply brief is due January 5, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2014.

Keith E. Hottle
Clerk of Court